**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BILLY WAYNE WILLIAMS, 1267302,** | § | |
| **Petitioner,** | § | |
| **VS.** | § | **NO. 3-05-CV-1572-K** |
| | § | **ECF** |
| **DOUGLAS DRETKE, Director** | § | |
| **Texas Department of Criminal Justice,** | § | |
| **Correctional Institutions Division** | § | |
| **Respondent.** | § | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this ___7th___ day of ___April___, 2006.


 s/Ed Kinkeade_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE